# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOLENE K. EGGER, an individual; | |
| Plaintiff, | 8:15CV365 |
| vs. | |
| THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota nonprofit corporation; | ORDER |
| Defendant. | |

This matter is before the Court on the Plaintiffs' Suggestion of Bankruptcy (Filing No. 3). Plaintiff has attached a copy of the chapter 7 bankruptcy petition that she filed on January 8, 2016, with the United States Bankruptcy Court for the District of Nebraska. (Filing No. 3 at ECF 2.) Pursuant to NEGenR 1.5(a)[1] and 28 U.S.C. § 157, this matter will be referred to the United States Bankruptcy Court for the District of Nebraska.

---

[1] *See* NEGenR 1.5(a)(1):

> Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy. If any party files a motion requesting referral of the case to the bankruptcy court, the case is referred to the bankruptcy court for further action. Upon receiving the referral, the bankruptcy judge requests status reports from the parties. After reviewing the status reports, the bankruptcy judge determines whether the case should proceed in bankruptcy court or be returned to district court. If the case is to be returned to district court, the bankruptcy judge files a report and recommendation concerning withdrawal of the reference. The report includes a recommendation regarding the necessity of the debtor's participation in the case, and, if appropriate, the bankruptcy judge enters an order in the bankruptcy case granting relief from the automatic stay to allow the case to proceed with the debtor as a party.

Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

4. The Clerk of the Court for the District of Nebraska shall transmit the court files to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 3rd day of February, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge