# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOLENE K. EGGER, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota nonprofit corporation;<br><br>        Defendant. | 8:15CV365<br><br>ORDER |

This matter is before the Court on the Report and Recommendation (Filing No. 5) of Chief Bankruptcy Judge Thomas L. Saladino. Chief Judge Saladino recommends that the Court withdraw its reference of this case to the United States Bankruptcy Court for the District of Nebraska, and stay these proceedings until the Plaintiff or other appropriate party in interest obtains an order from the Bankruptcy Court authorizing the employment of Plaintiff's attorney to proceed with the litigation in this Court. The Court has considered the record and concludes that the Report and Recommendation should be adopted. Accordingly,

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 5) is adopted in its entirety;

2. The Court's reference of this case (Filing No. 4) is withdrawn;

3. This case is stayed until the Plaintiff or appropriate party in interest obtains an order of the Bankruptcy Court authorizing the employment of Plaintiff's attorney to proceed with the litigation in this Court; and

4. Unless Plaintiff has obtained an order authorizing employment of Plaintiff's attorney and filed a motion to lift the stay in this case, on or before March

25, 2016, Plaintiff shall file a status report with this Court describing Plaintiff's efforts to obtain such an order.

Dated this 12th day of February, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge