# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOLENE K. EGGER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:15CV365 |
| | ) | |
| THE EVANGELICAL LUTHERAN | ) | ORDER |
| GOOD SAMARITAN SOCIETY a | ) | |
| North Dakota nonprofit corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the court *sua sponte*. On February 12, 2016, the Court entered an order withdrawing its reference of this case to the United States Bankruptcy Court for the District of Nebraska. (Filing No. 6). The Court stayed these proceedings until the Plaintiff or other appropriate party in interest obtained an order from the Bankruptcy Court authorizing the employment of Plaintiff's attorney to proceed with the litigation in this Court. (*Id.*). The Court further ordered, "Unless Plaintiff has obtained an order authorizing employment of Plaintiff's attorney and filed a motion to lift the stay in this case, on or before March 25, 2016, Plaintiff shall file a status report with this Court describing Plaintiff's efforts to obtain such an order." (*Id.*). To date, there has been no motion to lift the stay or status report filed in accordance with the prior court order. Accordingly,

**IT IS ORDERED:**

Plaintiff shall file a status report in accordance with the Court's prior order (Filing No. 6) on or before June 10, 2016, or show cause why sanctions should not be imposed in accordance with Fed. R. Civ. P. 16(f).

**DATED: May 31, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**